UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARIAN DIXSON,**

      **Plaintiff,**

  v.                                                          Civil Action 2:24-cv-3828
                                                                Judge Algenon L. Marbley
                                                                Magistrate Judge Chelsey M. Vascura

**SUPREME TOUCH HOME HEALTH
SERVICES CORP.,**

      **Defendant.**

## ORDER

The parties submitted their Rule 26(f) Report on December 3, 2025, and indicated their preference that the Court issue a Preliminary Pretrial Order without a conference.  But they also requested what amounts to a 60-day stay of all deadlines pending Defendant's production of targeted payroll and time punch data relating to the FLSA putative class members beginning August 7, 2021, to December 3, 2025.  The parties propose that should they be unable to reach common ground as to the path forward after the 60-day initial time period, that they file a joint status report along with an updated proposed case schedule within 14 days thereafter addressing this and all other applicable deadlines. The parties further propose that in the event that they stipulate to FLSA Notice, they will file an updated proposed case schedule within 14 days thereafter. The Court **GRANTS** the parties' request as set forth in ECF No. 13. (*See* ECF No. 13.)  Accordingly, the Court declines to enter a case schedule at this time, and, if appropriate, the parties are **ORDERED** to confer after the 60-day time period and file a joint status report and a renewed Rule 26(f) report with updated proposed case-schedule deadlines.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE